| Case | Number | Disposition | Date | Citation |
|---|---|---|---|---|
| State v. Norton | 112,664 | | | |
| | 112,665 | Denied | 12/14/2015 | Unpublished |
| State v. Ostrom | 111,751 | | | |
| | 111,752 | Denied | 12/14/2015 | Unpublished |
| State v. Pacelli | 111,292 | Denied | 01/25/2016 | Unpublished |
| State v. Piercy | 110,526 | Denied | 12/17/2015 | Unpublished |
| State v. Ponds | 109,965 | Denied | 12/21/2015 | Unpublished |
| State v. Poppelreiter | 110,843 | Denied | 01/25/2016 | Unpublished |
| State v. Reighard | 111,758 | Denied | 12/14/2015 | Unpublished |
| State v. Rice | 111,258 | Denied | 02/09/2016 | Unpublished |
| State v. Rollins | 111,491 | Denied | 01/25/2016 | Unpublished |
| State v. Sammons | 110,473 | Granted; sentence vacated; remanded to Dist. Ct. | 02/05/2016 | Unpublished |
| State v. Schaal | 111,513 | Granted | 02/18/2016 | Unpublished |
| State v. Schaefer | 109,915 | Granted | 01/25/2016 | Unpublished |
| State v. Seibel | 111,597 | Denied | 12/14/2015 | Unpublished |
| State v. Shoemaker | 111,514 | Denied | 02/09/2016 | Unpublished |
| State v. Smith | 110,920 | Denied | 12/17/2015 | Unpublished |
| State v. Staten | 108,305 | Granted | 01/25/2016 | Unpublished |
| State v. Stone | 111,989 | Denied | 12/14/2015 | Unpublished |
| State v. Swisher | 110,148 | Denied | 02/18/2016 | Unpublished |
| State v. Thammavong | 110,618 | Denied | 01/25/2016 | Unpublished |
| State v. Thomas | 111,621 | Denied | 12/14/2015 | Unpublished |
| State v. Thompson | 111,326 | Denied | 02/09/2016 | Unpublished |
| State v. Tisdale | 111,560 | Denied | 02/09/2016 | Unpublished |
| State v. Waggoner | 111,548 | Denied | 12/29/2015 | 51 Kan. App. 2d 144 |
| State v. West | 111,124 | Denied | 02/02/2016 | Unpublished |
| State v. West | 112,182 | Denied | 02/09/2016 | Unpublished |
| State v. White | 111,301 | Denied | 02/09/2016 | Unpublished |
| State v. Wilson | 111,549 | Denied | 02/09/2016 | Unpublished |
| State v. Young | 110,975 | Denied | 12/17/2015 | Unpublished |
| Steckline Communications, Inc. v. Journal Broadcast Group of Kansas, Inc. | 111,651 | Granted | 01/25/2016 | Unpublished |
| Tatum v. State | 110,299 | Denied | 02/18/2016 | Unpublished |
| Van Anne v. State. | 111,315 | Denied | 02/09/2016 | Unpublished |